IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26- MJ-33 |
| | ) | |
| JAMI JERRETT | ) | Court Date: February 2, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1942090)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 19th, 2025 at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAMI JERRETT, did unlawfully carry about her person, hidden from common observation, any pistol, revolver, or other weapon designed or intended to propel a missile of any kind by action of an explosion of any combustible material.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308.)

Respectfully submitted,

By:           /s/          
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 28, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov